

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-22-2005

# PC Yonkers Inc v. Celebrations Party

Precedential or Non-Precedential: Precedential

Docket No. 04-4254

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"PC Yonkers Inc v. Celebrations Party" (2005). *2005 Decisions.* Paper 181.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/181

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 17, 2005

**No.** 04-4254

P.C. YONKERS, INC; PARTY CITY CLIFTON, INC.; PARTY CITY OF HAMILTON SQUARE, INC.; PARTY CITY OF LAWRENCEVILLE, INC.; PARTY CITY NORTH BERGEN, INC.;
P.C. VOORHEES, INC.; EAST HARRISBURG, P.C., INC.; LANCASTER P.C., INC.; MONTGOMERYVILLE P.C., INC.; PARTY CITY OF COTTMAN AVENUE, INC.; PARTY CITY OF HARRISBURG, INC.; PARTY CITY OF LEHIGH VALLEY, INC.; PARTY CITY OF READING, INC.; CITY OF SPRINGFIELD, INC.; PARTY CITY OF NEW YORK, INC.; SCRANTON PARTY CITY LLC; STROUDSBURG P.C. INC.; WILKESBARRE PARTY CITY LLC;PARTY CITY MANAGEMENT, CO., INC.,

Appellants

v.

CELEBRATIONS THE PARTY AND SEASONAL SUPERSTORE, LLC;
ANDREW BAILEN; ANDREW HACK
(D.of N.J. (Newark) Civil No. 04-cv-4554)

**Present:**      ROTH, RENDELL, and BARRY,  Circuit Judges

Motion by Counsel for Appellant to amend the Precedential opinion to correct the name and address of counsel, Kenneth L. Leiby, Jr., Esq.

 /s/ Lynn Lopez/rls
Lynn Lopez
Response due 11/28/05               Case Manage 267-299-4922

**O R D E R**

**The foregoing** motion is granted and the opinion is amended to correct the name and address of counsel, Kenneth L. Leiby, Jr., Esq.

By the Court,

 /s/ Marjorie O. Rendell
Circuit Judge

Dated: November 22, 2005
CLW/cc: Michael Einbinder, Esq.
       Kenneth L. Lieby Jr., Esq.
       Karol C. Walker, Esq.
       Peter L. MacIsacc, Esq.